## (September 22, 1952.)

ALICE S. BALKAM et al., Respondents, v. MEERKRO REALTY CORPORATION, Appellant.— Motion for reargument denied, with $10 costs.  Motion for leave to appeal to the Court of Appeals denied.  Motion for stay denied, without costs.  (See Civ. Prac. Act, § 601.)  Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.  [See *ante*, p. 820.]

ISADORE E. BLACK et al., Doing Business as MARYTA REALTY Co., Appellants, v. GENERAL WIPER SUPPLY Co., INC., et al., Respondents.— Motion referred to the court that rendered the decision.  Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.  Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted.  Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.  [See *ante*, p. 807; *post*, p. 897.]